# United States District Court

EASTERN DISTRICT OF WISCONSIN

                                                  **JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

      V.                                  CASE NUMBER: **06-C-1122**
                                                            **(00-Cr-242)**

**WILLIE NEWTON, JR.**,

                Movant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Willie Newton's "second or successive" petition pursuant to Title 28, United States Code, Section 2255, is DISMISSED for lack of jurisdiction.**

This action is hereby DISMISSED.

| | |
|---|---|
| **October 27, 2006** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| | s/ Rudolph T. Randa |
| | (By) Deputy Clerk |